JS-6

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
EMMA C. O'ROURKE-FRIEL, WSBA 58052
Special Assistant United States Attorney
     Program Litigation 1
     Social Security Administration | Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: 410-965-6174
     Emma.c.orourke-friel@ssa.gov
     Attorneys for Defendant

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STACEY L. SMOLIK,<br><br>              Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>              Defendant. | No. 2:25-cv-12196-HDV-DMK<br><br>[PROPOSED] JUDGMENT OF REMAND |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on ___May 1____ , 2026.

DATED: __May 1, 2026__     _____

HONORABLE DIANA M. KWOK

UNITED STATES MAGISTRATE JUDGE