John Metsker, Esq.
CA SBN 268977
THE METSKER LAW FIRM
P.O. Box 590881
San Francisco, CA 94159
Phone: 866-342-6180
Fax: 415-500-4081
jmetsker@metskerlaw.com
*Attorney for Plaintiff*

LINK 13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY L. SMOLIK,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 2:25-cv-12196-HDV-DMK<br><br>**~~[PROPOSED]~~**<br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND NINE HUNDRED TEN DOLLARS AND SEVENTY-FOUR CENTS ($4,910.74) pursuant to 28 U.S.C. § 2412(d) and costs pursuant to 28 U.S.C. § 1920 in the amount of $405.00.

DATE: 08/12/26

~~HONORABLE DIANA M. KWOK~~
~~UNITED STATES MAGISTRATE JUDGE~~

HONORABLE HERNAN D. VERA
U.S. DISTRICT JUDGE